UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **FERNANDO MANUEL HERCULANO-CABALLERO,** | § § § § § | |
| *Petitioner*, | § § | |
| v. | § § § | |
| **SECRETARY, USDHS KRISTI NOEM, TODD LYONS, ACTING DIRECTOR IMMIGRATION CUSTOMS AND ENFORCEMENT, MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS, US ATTORNEY GENERAL PAMELA BONDI, DEPARTMENT OF HOMELAND SECURITY, and WARDEN OF ERO EL PASO CAMP EAST MONTANA,** | § § § § § § § § § § § § § § | No. 3:25-CV-00428-LS |
| *Respondents*. | § § | |

### ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

The Court finds that a motions hearing is required in this case. Counsel have agreed to hold the hearing for Petitioner's motion for a temporary restraining order on **October 9, 2025 at 10:30 a.m.** The hearing will be live and in-person at the District Courtroom, Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 2, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**